UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Luis Armando PRADO-Franquez,<br><br>Defendant | Magistrate Docket No. '07 MJ 2557<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **October 29, 2007** within the Southern District of California, defendant, **Luis Armando PRADO-Franquez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **30th** DAY OF **OCTOBER, 2007**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Luis Armando PRADO-Franquez

## PROBABLE CAUSE STATEMENT

On October 29, 2007, Border Patrol Agent R. Rivers was assigned in the Jamul, California area, which is approximately five miles north of the United States / Mexico international border and twelve miles east of the Otay Mesa, California Port of Entry. At approximately 4:00 am, Agent Rivers responded to a sensor activation in an area known as Barrett Junction, California. Agent Rivers arrived to the area and followed footprints on a trail that is only used by illegal aliens to further their entry into the United States. After approximately twenty-five minutes, Agent Rivers observed eleven individuals walking on the trail in front of him. Agent Rivers caught up to the group of eleven and identified himself as a Border Patrol Agent. Three of the eleven individuals fled and were not caught. Agent Rivers individually questioned the remaining eight individuals concerning their citizenship. All eight individuals, including one later identified as the defendant **Luis Armando PRADO-Franquez**, stated that they were citizens and nationals of Mexico illegally present in the United States. Agent Rivers arrested all eight individuals and transported them to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 27, 2006** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and stated that he understood them and was willing to answer questions without the presence of an attorney. The defendant admitted to being a citizen and national of Mexico without any immigration documents allowing him to enter or remain in the United States legally. He further admitted that he has been previously removed from the United States. He stated that he entered the United States by walking through the mountains and has never applied for permission to re-enter the United States since his removal.