KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. Pending
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                         Plaintiff,     )<br>                                                              )<br>           v.                                              )<br>                                                              )<br>LUIS ARMANDO PRADO-FRANQUEZ,  )<br>                                                              )<br>                         Defendant(s).  )<br>                                                              )<br>                                                              )<br>                                                              )<br>_____ ) | Criminal Case No. 07CR3212-LAB<br><br>DATE:       January 7, 2007<br>TIME:        2:00 p.m.<br>Before Honorable Larry A. Burns<br><br>UNITED STATES' MOTION FOR FINGERPRINT EXEMPLARS AND RECIPROCAL DISCOVERY<br><br>TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its Motion for Fingerprint Exemplars and Reciprocal Discovery in the above-referenced case. Said motions are based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

DATED: December 17, 2007.

                                              Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney

                                              s/ William A. Hall, Jr.
                                              WILLIAM A. HALL, JR.
                                              Assistant United States Attorney