KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. Pending
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>LUIS ARMANDO PRADO-FRANQUEZ,<br><br>               Defendant(s). | Criminal Case No. 07CR3212-LAB<br><br>DATE:        January 7, 2007<br>TIME:         2:00 p.m.<br>Before Honorable Larry A. Burns<br><br>UNITED STATES' STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

**I**

**STATEMENT OF THE CASE**

The Defendant, Luis Armando Prado-Franquez (hereinafter "Defendant"), was charged by a grand jury on November 28, 2007, with violating 8 U.S.C. § 1326, deported alien found in the United States. Defendant was arraigned on the Indictment on November 29, 2007, and entered a plea of not guilty.

**II**

**STATEMENT OF FACTS**

Defendant was apprehended on the morning of October 29, 2007, by a Border Patrol Agent ("BPA") five miles north of the United States/Mexico International Boundary and approximately twelve miles east of the Otay Mesa, California Port of Entry. There, at approximately 4:00 a.m

2

1  that day, a BPA responded to a seismic intrusion sensor activation and arrived to the area.  He

2  followed

3  footprints on a trail that is only used by illegal aliens to further their entry into the United States.

4  After approximately twenty-five minutes, the BPA observed eleven individuals walking on the trail

5  in front of him.  The BPA caught up to the group of eleven and identified himself; three of the

6  eleven individuals fled and were not caught.  The BPA individually questioned the remaining eight

7  individuals, one of which was Defendant, concerning their citizenship.  There, Defendant admitted

8  that he was a citizen of Mexico with no documents entitling him to enter or remain in the United

9  States.

10        Defendant was transported to the Brown Field Border Patrol Station's processing center.

11  At the center, BPAs used Defendant's fingerprints to perform a computerized check of Defendant's

12  criminal and immigration history.  Soon thereafter, Defendant was advised of his <u>Miranda</u> rights

13  and stated that he understood them and was willing to answer questions without the presence of

14  an attorney.    Defendant admitted to being a citizen and national of Mexico without any

15  immigration documents allowing him to enter or remain in the United States legally.  He further

16  admitted that he has been previously removed from the United States, stated that he entered the

17  United States by walking through the mountains, and admitted that he has never applied for

18  permission to re-enter the United States since his removal.

19  **B.**    **<u>DEFENDANT'S CRIMINAL AND IMMIGRATION HISTORY</u>**

20        Preliminary criminal history reports show that Defendant has felony convictions in

21  California.  Arising out of one incident, Defendant was convicted in 1994 in Los Angeles of

22  Attempted Murder, in violation of Cal. PC § 187 and 664; Assault With a Deadly Weapon, in

23  violation of Cal. PC § 245(A)(1); and Robbery, in violation of Cal. PC § 211.  He was sentenced

24  to 23 years incarceration.  Defendant also has a prior misdemeanor conviction.

25        Defendant's was last removed to Mexico on December 27, 2006.

26

27

28                                          3    07CR3212-LAB

### III

### UNITED STATES' MOTIONS

**A.     FINGERPRINT EXEMPLARS**

The United States requests that the Court order that Defendant make himself available for fingerprinting by the United States' fingerprint expert. See United States v. Ortiz-Hernandez, 427 F.3d 567, 576-77 (9th Cir. 2005) (government may have defendant fingerprinted and use criminal and immigration records in Section 1326 prosecution). Defendant's fingerprints are not testimonial evidence. See Schmerber v. California, 384 U.S. 757 (1966). Using identifying physical characteristics, such as fingerprints, does not violate Defendant's Fifth Amendment right against self-incrimination. United States v. DePalma, 414 F.2d 394, 397 (9th Cir. 1969); see also United States v. St. Onge, 676 F. Supp. 1041, 1043 (D. Mont. 1987).

**B.     RECIPROCAL DISCOVERY**

To date, the United States has provided Defendant with 32 pages of discovery, including reports of his arrest, his rap sheet, and copies of immigration and conviction documents. The United States also agrees to schedule an A-file viewing at a time that is mutually convenient for defense counsel and the United States' case agent. The government moves the Court to order Defendant to provide all reciprocal discovery to which the United States is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the names, anticipated testimony, and bases for opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

//

//

//

//

//

1

2                                      **IV**

3                              **CONCLUSION**

4      For the foregoing reasons, the government respectfully requests that its motions be granted.

5

6      DATED: December 17, 2007.

7                                              Respectfully submitted,

8                                              KAREN P. HEWITT
                                               United States Attorney
9

10                                             s/ William A. Hall, Jr.
                                               WILLIAM A. HALL, JR.
11                                             Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      5                        07CR3212-LAB