1  **LEILA W. MORGAN**
   California Bar No. 232874
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Leila_Morgan@fd.org

Attorneys for Mr. Prado-Franquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 07CR3212-LAB |
| Plaintiff, | ) ) | DATE: January 7, 2007 |
| | ) | TIME: 9:30 a.m. |
| v. | ) ) | |
| LUIS ARMANDO PRADO-FRANQUEZ, | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | ) ) | 1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; |
| | ) ) | 2) DISMISS INDICTMENT FOR FAILURE TO ALLEGE ESSENTIAL ELEMENTS OF THE OFFENSE; |
| | ) ) | 3) SUPPRESS ANY STATEMENTS MADE BY MR. PRADO-FRANQUEZ; |
| | ) ) | 4) DISMISS INDICTMENT DUE TO IMPROPER GRAND JURY INSTRUCTIONS; AND, |
| | ) ) | 5) GRANT LEAVE TO FILE FURTHER MOTIONS. |
| _____ | ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      WILLIAM A. HALL, ASSISTANT UNITED STATES ATTORNEY:

   PLEASE TAKE NOTICE that on January 7, at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant, Luis Armando Prado-Franquez, by and through his attorneys, Leila W. Morgan and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## **MOTIONS**

Defendant, Luis Armando Prado-Franquez, by and through his attorneys, Leila W. Morgan and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Compel Discovery and Preserve Evidence;

(2)   Dismiss Indictment for Failure to Allege Essential Elements of the Offense;

(3)   Suppress any Statements Made by Mr. Prado-Franquez;

(4)   Dismiss Indictment Due to Improper Grand Jury Instructions; and

(5)   Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: January 2, 2008

*s/ Leila W. Morgan*
**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Prado-Franquez
Leila_Morgan@fd.org