| | |
|---|---|
| 1 | KAREN P. HEWITT |
|  | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
|  | Assistant U.S. Attorney |
| 3 | California State Bar No. Pending |
|  | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|  | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
|  | Email: william.a.hall@usdoj.gov |
| 6 |  |
|  | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3212-LAB | |
|  | ) |  | |
| Plaintiff, | ) | DATE: | January 7, 2008 |
|  | ) | TIME: | 2:00 p.m. |
| v. | ) | Before Honorable Larry A. Burns | |
|  | ) |  | |
| LUIS ARMANDO PRADO-FRANQUEZ, | ) | (1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; | |
| Defendant(s). | ) | (2) DISMISS INDICTMENT FOR FAILURE TO ALLEGE ESSENTIAL ELEMENTS OF THE OFFENSE; | |
|  | ) | (3) SUPPRESS STATEMENTS; | |
|  | ) | (4) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; AND | |
|  | ) | (5) GRANT LEAVE TO FILE FURTHER MOTIONS | |
|  | ) |  | |
|  | ) | TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its Response to Defendant's Motions in the above-referenced case. Said Response is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

//

//

1
2    DATED: January 4, 2008.
3                               Respectfully submitted,
4                               KAREN P. HEWITT
                                United States Attorney
5
6                               s/ William A. Hall, Jr.
                                WILLIAM A. HALL, JR.
7                               Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                          2