| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. Pending |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
| | Email: william.a.hall@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3212-LAB |
| | ) | |
| Plaintiff, | ) | DATE:     January 7, 2008 |
| | ) | TIME:     2:00 p.m. |
| v. | ) | Before Honorable Larry A. Burns |
| | ) | |
| LUIS ARMANDO PRADO-FRANQUEZ, | ) | UNITED STATES' MOTION FOR AN |
| | ) | ORDER TO SHORTEN TIME |
| Defendant(s). | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and WILLIAM A. HALL, JR., Assistant United States Attorney, and hereby moves this Court for an Order to Shorten Time to permit the United States to file its Response to Defendant's Motions in the above-referenced case. This Motion for an Order to Shorten Time is based upon the files and records of this case together with the attached Declaration of William A. Hall, Jr., Assistant United States Attorney. Specifically, this Motion for an Order to Shorten Time is necessary for the reasons set forth in the attached Declaration.

//

//

//

//

DATED: January 4, 2008.

                Respectfully submitted,

                KAREN P. HEWITT
                United States Attorney

                s/ William A. Hall, Jr.
                WILLIAM A. HALL, JR.
                Assistant United States Attorney