DECLARATION OF WILLIAM A. HALL, JR.

I, William A. Hall, Jr., do hereby state as follows under penalty of perjury:

1. I am over the age of 18 and am competent to make this declaration. I have personal knowledge of the facts stated herein.

2. I am employed as an Assistant U.S. Attorney with the U.S. Attorney's Office for the Southern District of California.

3. I am the Assistant U.S. Attorney assigned to this case. According to this Court's standing Order, the parties' substantive motions in the case of United States v. Luis Armando Prado-Franquez, 07CR3212-LAB, were due on Monday, December 17, 2007. The government's motions were timely filed, but Defendant's motions were not filed until Thursday, January 3, 2008.

4. According to this Court's standing Order, the parties' responses to said motions in this case were due on Monday, December 31, 2007.

5. Because of the late filing of Defendant's motions, the undersigned was not able to file the United States Response to said motions until today, January 4, 2007.

EXECUTED on January 4, 2007 in San Diego, California.

*[signature]*

WILLIAM A. HALL, JR.
Assistant United States Attorney

3