1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,            )    Criminal Case No. 07CR3212-LAB
                                          )
10                      Plaintiff,        )    ORDER GRANTING UNITED STATES'
                                          )    MOTION TO SHORTEN TIME
11             v.                         )
                                          )
12   LUIS ARMANDO PRADO-FRANQUEZ,         )
                                          )
13                      Defendant.        )
     _____)

14

15         Good cause appearing, the government's motion to shorten time to permit it to file and serve

16   its Response to Defendant's Motions is GRANTED.    The government filed said motions on

17   Friday, January 4, 2008.

18         IT IS SO ORDERED.

19

20   DATED:  January 7, 2008

21                                        _____

22                                        HONORABLE LARRY ALAN BURNS
                                          United States District Judge
23

24

25

26

27

28