**VICTOR N. PIPPINS**
California State Bar No. 251953
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Victor_Pippins@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE LARRY A. BURNS**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3212-LAB |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE AS CO-COUNSEL** |
| LUIS ARMANDO PRADO-FRANQUEZ, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Victor N. Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as Co-Counsel in the above-captioned case.

Respectfully submitted,

Dated: January 30, 2008         */s/ Victor N. Pippins*
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Defendant
                                Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: January 30, 2008              /s/ *Victor N. Pippins*
                                     Federal Defenders of San Diego, Inc.
                                     225 Broadway, Suite 900
                                     San Diego, CA  92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     Victor_Pippins@fd.org email