| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. Pending |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
| | Email: william.a.hall@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3212-LAB |
| | ) | |
| Plaintiff, | ) | DATE:   February 11, 2008 |
| | ) | TIME:   2:00 p.m. |
| v. | ) | Before Honorable Larry A. Burns |
| | ) | |
| LUIS ARMANDO PRADO-FRANQUEZ, | ) | UNITED STATES' MOTIONS *IN LIMINE* |
| | ) | TO: |
| Defendant(s). | ) | (A) EXCLUDE WITNESSES; |
| | ) | (B) PROHIBIT REFERENCE TO PUNISHMENT, ETC.; |
| | ) | (C) PRECLUDE TESTIMONY OF CHARACTER WITNESSES; |
| | ) | (D) PRECLUDE EVIDENCE OF DURESS OR NECESSITY; |
| | ) | (E) PRECLUDE EXPERT TESTIMONY; |
| | ) | (F) EXCLUDE EVIDENCE ABOUT RE-ENTRY; |
| | ) | (G) EXCLUDE PRIOR RESIDENCY EVIDENCE; |
| | ) | (H) ADMIT A-FILE DOCUMENTS; |
| | ) | (I) ADMIT EXPERT TESTIMONY; |
| | ) | (J) PRECLUDE ARGUMENT REGARDING WARNING; |
| | ) | (K) PROHIBIT REFERENCE TO DOCUMENT DESTRUCTION; |
| | ) | (L) ADMIT 404(B) / 609 EVIDENCE; |
| | ) | (M) PROHIBIT COLLATERAL ATTACK OF DEPORTATION; |
| | ) | (N) ADMIT STATEMENTS; AND |
| | ) | (O) RENEWED MOTION FOR RECIPROCAL DISCOVERY |
| | ) | |
| | ) | TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its motions *in limine* in the above-captioned case. Said motions are based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

DATED: February 4, 2008.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    s/ William A. Hall, Jr.
    WILLIAM A. HALL, JR.
    Assistant United States Attorney