1  KAREN P. HEWITT
   United States Attorney
2  WILLIAM A. HALL, JR.
   Assistant U.S. Attorney
3  California State Bar No. Pending
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7046/(619) 235-2757 (Fax)
   Email: william.a.hall@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Criminal Case No. 07CR3212-LAB
                                       )
11                       Plaintiff,    )   DATE:          February 11, 2008
                                       )   TIME:          2:00 p.m.
12             v.                      )   Before Honorable Larry A. Burns
                                       )
13  LUIS ARMANDO PRADO-FRANQUEZ,       )   UNITED STATES' MOTIONS *IN LIMINE*
                                       )   TO:
14                    Defendant(s).    )   ((A)   EXCLUDE WITNESSES;
                                       )   (B)    PROHIBIT   REFERENCE   TO
15                                     )          PUNISHMENT, ETC.;
                                       )   (C)    PRECLUDE   TESTIMONY   OF
16                                     )          CHARACTER WITNESSES;
                                       )   (D)    PRECLUDE   EVIDENCE   OF
17                                     )          DURESS OR NECESSITY;
                                       )   (E)    PRECLUDE EXPERT
18                                     )          TESTIMONY;
                                       )   (F)    EXCLUDE   EVIDENCE   ABOUT
19                                     )          RE-ENTRY;
                                       )   (G)    EXCLUDE  PRIOR  RESIDENCY
20                                     )          EVIDENCE;
                                       )   (H)    ADMIT A-FILE DOCUMENTS;
21                                     )   (I)    ADMIT EXPERT TESTIMONY;
                                       )   (J)    PRECLUDE    ARGUMENT
22                                     )          REGARDING WARNING;
                                       )   (K)    PROHIBIT   REFERENCE   TO
23                                     )          DOCUMENT DESTRUCTION;
                                       )   (L)    ADMIT 404(B) / 609 EVIDENCE;
24                                     )   (M)    PROHIBIT    COLLATERAL
                                       )          ATTACK OF DEPORTATION;
25                                     )   (N)    ADMIT STATEMENTS; AND
                                       )   (O)    RENEWED MOTION FOR
26                                     )          RECIPROCAL DISCOVERY
                                       )
27                                     )   TOGETHER  WITH  STATEMENT  OF
                                       )   FACTS AND MEMORANDUM
28  _____)   OF POINTS AND AUTHORITIES

1

2          COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

3   Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and

4   hereby files its motions *in limine* in the above-captioned case.  Said motions are based upon the

5   files and records of this case together with the attached statement of facts and memorandum of

6   points and authorities.

7          DATED: February 4, 2008.

8                                    Respectfully submitted,

9                                    KAREN P. HEWITT
                                     United States Attorney
10

11                                   s/ William A. Hall, Jr.
                                     WILLIAM A. HALL, JR.
12                                   Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2