| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LUIS ARMANDO PRADO-FRANQUEZ,<br><br>Defendant(s). | Case No. 07CR3212-LAB<br><br>CERTIFICATE OF SERVICE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

    I, WILLIAM A. HALL, JR., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of UNITED STATES' MOTIONS *IN LIMINE* on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. Leila W. Morgan, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2008.

                                            s/ William A. Hall, Jr.
                                            WILLIAM A. HALL, JR.